FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 12 2019

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 19-cr-10081-12 |
| | ) | |
| Plaintiff, | ) | CASE NO. MA19-0247RT |
| | ) | |
| vs. | ) | |
| | ) | |
| JOVAN VAVIC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AGENT'S AFFIDAVIT

Before the Honorable Kevin S.C. Chang, U.S. Magistrate Judge, District of Hawaii, Honolulu, Hawaii.

The undersigned deponent being first duly sworn deposes and says:

That deponent is Robert Nelson; that deponent is informed and believes and, on the basis of such information and belief, alleges that on March 5, 2019, an Indictment was filed in the District of Massachusetts, and an arrest warrant issued, charging the above-named defendant, JOVAN VAVIC, with violating 18 United States Code Section 1962(d) in that the defendant knowingly participated in a conspiracy to facilitate cheating on college entrance exams and the admission of students to elite universities as recruited athletes, regardless of their athletic abilities.

That deponent is further informed that Honorable Kevin S.C. Chang, District of Hawaii (ordered/recommended) that the amount of bail be set in the sum of no bail ($50,000 unsecured bond).

_____
ROBERT NELSON

Sworn to before me and subscribed in my presence this 12th day of March, 2019.

_____
HON. KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE