FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 12 2019
at 2 o'clock and __ min. __M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA ) CASE NUMBER MJ 19-00247 RT
)
vs ) ABSTRACT OF RELEASE
)
Jovan Vavic )
)

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of **3-12-19** the Court entered the following order:

[X] Defendant to be released from custody forthwith

____ Released to / continued on pretrial release

____ Sentenced to time served

____ Case Dismissed

____ Released to / continued on supervised probation / unsupervised probation

____ Released to / continued on supervised release

____ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

____ Bench warrant recalled

____ Other: _____

Sue Beitia, Clerk of Court

by: _____ Deputy Clerk