# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
MAR 12 2019
at 1 o'clock and 33 min. M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-cr-10081-12 |
| | ) | |
| JOVAN VAVIC, | ) | Charging District: District of Massachusetts |
| Defendant | ) | Charging District's Case No. MA19-0247RT |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, District of Massachusetts<br>1 Courthouse Way<br>Boston, Massachusetts 02210 | Courtroom No.: |
|---|---|
| | Date and Time: 3/25/2019 2:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 03/12/2019

_Judge's signature_

Kevin S.C. Chang, U.S. Magistrate Judge
*Printed name and title*